UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MISHINA SHTEERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-03758-RFL<br><br>**ORDER GRANTING EXTENSION OF DEADLINE TO SERVE COMPLAINT**<br><br>Re: Dkt. No. 28 |

　　　　Plaintiff Anna Shteerman, who is representing herself, requests a second extension of the deadline to serve her complaint on the Defendants in this action. (Dkt. No. 28.) Shteerman's request is **GRANTED**, and the deadline to serve the complaint is extended to **September 15, 2025**. Any further extension will be granted only upon a showing of good cause. Fed. R. Civ. P. 4(m).

　　　　In the past four days, Shteerman has also filed ten documents on the docket labeled "exhibits" and seeks an extension so that she may file additional exhibits. (Dkt. No. 18–27; Dkt. No. 28.) This request is **DENIED** because Shteerman must complete service of process before the case may proceed to the next stage. Except for any request for another extension of time to serve Defendants, Shteerman **shall not fill any other documents on the docket without leave of the Court** until service of process on Defendants is complete.

　　　　IT IS SO ORDERED.

Dated: July 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1