UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

——————————————————————————X

ANNA SHTEERMAN,
Plaintiff,
v.
CITY AND COUNTY OF SAN FRANCISCO, et al.,
Defendants.

——————————————————————————X

Case No. 3:25-cv-03758-RFL

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**
(w/ Supplementary Materials per Civil Local Rule 4-2)

I, Anna Shteerman, pro se Plaintiff, declare under penalty of perjury:

1. On November 3, 2025, I served:

    Summons (issued [date from clerk, e.g., Oct 15, 2025])

    Complaint (Docket Entry 1)

    Docket Entry 35 (Order Re Service of Process)

    Supplementary Materials (Civil Local Rule 4-2): Assigned Judge Standing Orders; Case Management Statement Form; Consent to Magistrate Form

2. Service Details:

    City and County of San Francisco: Certified mail, return receipt requested (Tracking # 9589071052703134004156), to David Chiu/Brian Crossman, Office of City Attorney, 1 Dr. Carlton B. Goodlett Pl., Rm. 234, San Francisco, CA 94102 (Federal Rule of Civil Procedure 4(j)(2)). Certified mail receipt scanned/attached as Exhibit W-1.

    Sotheby's International Realty - San Francisco Brokerage: Certified mail, return receipt requested (Tracking # 9589071052703134004163), to principal business office at 117

Greenwich Street, San Francisco, CA 94111 (Federal Rule of Civil Procedure 4(h)(1)(A); service on managing agent per California Code of Civil Procedure § 416.10). Certified mail receipt scanned/attached as Exhibit W-2.

3. Diligence Amid Refusal: Service complies with Federal Rule of Civil Procedure 4 and Local Rule 4-2 despite address evasion as shown in the service refusal chain (Exhibit V, Docket Entry 34; emails ignored October 13, 2025). Certified mail with return receipt requested constitutes sufficient delivery and proof of service under Federal Rule of Civil Procedure 4(j)(2)/4(h)(1) and California Code of Civil Procedure sections 416.50/416.10, as accepted in Northern District of California pro se practice. Certified mail receipts attached as Exhibit W (tracking proof); green return receipt cards pending return from United States Postal Service (estimated November 10-15, 2025)—will amend upon receipt.

Executed November 9, 2025, at Brooklyn, NY.

*[signature]*

/s/ Anna Shteerman
Anna Shteerman, Pro Se
134 67th Street, Brooklyn, NY 11220
(917) 362-9858
am.luckyanya@gmail.com (mailto:am.luckyanya@gmail.com)

**Certificate of Service:**

Served on Defendants via email (Crossman@sfcityatty.org; Sotheby's counsel if known) November 7, 2025.

/s/ Anna Shteerman

Attachments: Exhibit W (Certified Mail Receipts).

**Certificate of Service:**

Served on Defendants via email (Crossman@sfcityatty.org; Sotheby's counsel if known) November 7 2025.

/s/ Anna Shteerman

Attachments: Exhibit W (Certified Mail Receipts).





OVINGTON
6803 4TH AVE STE 1
BROOKLYN, NY 11220-9993
www.usps.com

11/03/2025                                11:42 AM

TRACKING NUMBERS
9589 0710 5270 3134 0041 56
9589 0710 5270 3134 0041 63

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $1.07 |

San Francisco, CA 94102
Weight: 0 lb 1.90 oz
Estimated Delivery Date
  Sat 11/08/2025
Certified Mail®                           $5.30
  Tracking #:
    9589 0710 5270 3134 0041 56
Return Receipt                            $4.40
  Tracking #:
    9590 9402 9569 5121 5760 20
Total                                    $10.77

First-Class Mail®    1                    $1.07
Letter
San Francisco, CA 94111
Weight: 0 lb 1.90 oz
Estimated Delivery Date
  Sat 11/08/2025
Certified Mail®                           $5.30
  Tracking #:
    9589 0710 5270 3134 0041 63
Return Receipt                            $4.40
  Tracking #:
    9590 9402 9569 5121 5760 13
Total                                    $10.77

Grand Total:                             $21.54

Debit Card Remit                         $21.54
  Card Name: VISA
  Account #: XXXXXXXXXXXX5954
  Approval #: 979930
  Transaction #: 387
  Receipt #: 031722
  Debit Card Purchase: $21.54
  AID: A0000000980840    Contactless
  AL: US DEBIT

TO REPORT AN ISSUE
Visit https://emailus.usps.com