UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

———————————————————————X

ANNA SHTEERMAN,
Plaintiff,
v.
CITY AND COUNTY OF SAN FRANCISCO, et al.,
Defendants.

———————————————————————X

Case No. 3:25-cv-03758-RFL

**PLAINTIFF'S STATUS UPDATE RE: SERVICE & DISCOVERY**

(Per Dkt. 35; Request for Status Conference & Guidance)

Date: November 10, 2025
Judge: Hon. Rita F. Lin
Dear Judge Lin:

As pro se Plaintiff, I respectfully update per Dkt. 35 (Oct 22, 2025) and seek collaborative

guidance to advance this matter efficiently. I remain committed to good-faith resolution while

protecting my claims.

Service Progress:

1.  Effected Nov 7, 2025, on Entities via certified mail (PoS filed concurrently, Dkt. ~36; Ex.

    W greens).

2.  Appearances anticipated ~Nov 28 (FRCP 12(a)(1)(A)).

Discovery Cooperation Gap:

1.  Entity counsel (Crossman) evaded Oct 13 positions request on addresses (Ex. V chain;

    Dkt. 34 subpoenas).

2. This delays Individual service (stayed per Dkt. 35), risking §1983/conspiracy SOL (2 years from 2023 incidents, Dkt. 1 ¶¶1-5; Efaw v. Williams, 473 F.3d 1038, 1040 (9th Cir. 2007) (prejudice warrants extensions)).

Request: Per Dkt. 35, set status conference [propose: Dec 10, 2025, 2:00 PM PT via Zoom—link via chambers]. I offer telephonic/Zoom appearance to minimize burden. For procedural preferences (e.g., 26(f) timing), any informal guidance?

Thank you for your prior leniency (Haines v. Kerner, 404 U.S. 519, 520 (1972)).

Respectfully,

/s/ Anna Shteerman
Anna Shteerman, Pro Se
134 67th Street, Brooklyn, NY 11220
(917) 362-9858
am.luckyanya@gmail.com (mailto:am.luckyanya@gmail.com)

Attachments: Ex. V; Dkt. 34; PoS (Dkt. ~36).