UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANNA MISHINA SHTEERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN<br>FRANCISCO, et al.,<br><br>        Defendants. | Case No.  25-cv-03758-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 52 |

On April 1, 2026, a case management conference was held via zoom.  Plaintiff Anna Shteerman, who is representing herself, did not file a case management statement and did not appear at the conference.  Counsel for Entity Defendants advised the Court that they contacted Shteerman via phone and email in advance of the case management conference, but that Shteerman did not respond.

Therefore, Shteerman is ordered to show cause by **April 15, 2026** why she did not file a case management statement or appear at the case management conference.  If Shteerman does not respond to this order to show cause, her case may be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with Court orders.

**IT IS SO ORDERED.**

Dated: April 1, 2026

RITA F. LIN
United States District Judge

1