UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MISHINA SHTEERMAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No.  25-cv-03758-RFL<br><br>**ORDER GRANTING LEAVE TO FILE LATE MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. No. 82 |

Defendants Sotheby's International Realty, Inc. and Grant Edward Beggs (together, the "Sotheby's Defendants") request leave to file a Motion for Judgment on the Pleadings to be heard on September 22, 2026.  (Dkt. No. 82.)  For the reasons explained below, the Motion is **GRANTED**.

Under Federal Rule of Civil Procedure 60(b)(1), a court may relieve a party or its legal representative from a final judgment, order, or proceeding for "mistake, inadvertence, surprise, or excusable neglect."  Fed. R. Civ. P. 60(b)(1).  In determining whether to grant relief under Rule 60(b)(1), courts consider the following factors: "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith."  *Bateman v. U.S. Postal Service*, 231 F.3d 1220, 1223–24 (9th Cir. 2000) (citing factors from *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993)).

Here, there will be no danger of prejudice to the non-moving party, nor will there be any delay, because the Sotheby's Defendants filed this request less than a week after the missed deadline and Plaintiff will have the opportunity to oppose the Motion without necessitating

1

changes to the case schedule.  The failure of counsel for the Sotheby's Defendants to properly calendar the deadline appears to be a good faith mistake that counsel sought to correct promptly.

For the reasons stated above, the Motion is **GRANTED**.  The Sotheby's Defendants shall file their Motion for Judgment on the Pleadings by **July 21, 2026**.  Plaintiff's opposition shall be due by **August 11, 2026**.  The Sotheby's Defendants' reply shall be due by **August 25, 2026**. The Sotheby's Defendants shall notice their motion to be heard on **September 22, 2026, at 1:30 p.m.** via Zoom videoconference.

**IT IS SO ORDERED.**

Dated: July 7, 2026

RITA F. LIN
United States District Judge

2